# CASE ANNOUNCEMENTS

*August 13, 2008*

[Cite as *08/13/2008 Case Announcements,* 2008-Ohio-4071.]

## DISCIPLINARY CASES

**2007–1581.   Cleveland Bar Assn. v. Mitchell.**
On April 23, 2008, this court suspended respondent for a period of 18 months with the last 12 months stayed on conditions and ordered her to pay board costs in the amount of $11,654.73. On July 24, 2008, respondent filed a motion to enlarge the time to pay costs of proceedings. Upon consideration thereof,
It is ordered by this court that the motion is denied.